Nos. 5 and 4. UNITED LAND ASSOCIATION ET AL., PLAINTIFFS IN ERROR, *v.* LEWIS ABRAHAMS ET AL. In error to the Supreme Court of the State of California. Argued January 29, 1908. Decided February 24, 1908. *Per Curiam.* Judgments affirmed with costs. *Knight* v. *United Land Association,* 142 U. S. 161; *San Francisco City and County* v. *Le Roy,* 138 U. S. 656; case below, 139 California, 370. *Mr. Charles A. Keigwin* and *Mr. John G. Johnson* for plaintiffs in error. *Mr. W. B. Treadwell, Mr. Charles H. Lovell* and *Mr. P. F. Dunne* for defendants in error.

No. 137. ELY BERNAYS, APPELLANT, *v.* THE UNITED STATES. Appeal from the Court of Claims. Argued January 30, 1908. Decided February 24, 1908. *Per Curiam.* Judgment affirmed. *Chesebrough* v. *United States,* 192 U. S. 253; *United States* v. *New York and Cuba Mail Steamship Company,* 200 U. S. 488. *Mr. Sigmund Zeisler* and *Mr. W. H. Robeson* for appellant. *The Attorney General, Mr. Assistant Attorney General Thompson* and *Mr. A. C. Campbell* for appellee.

### Decisions on Petitions for Writs of Certiorari from January 7 to February 24, 1908.

No. 524. NORFOLK & WESTERN RAILWAY COMPANY, PETITIONER, *v.* LOUELLA MAY, ADMINISTRATRIX, ETC. January 13, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Theodore W. Reath* and *Mr. Joseph I. Doran* for petitioner. *Mr. Clement Manly* for respondent.